UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAKIM JAMAL WATSON,
    Plaintiff,

vs.                                  Case No.:  3:25cv2188/LC/ZCB

JEREMY P. KERPSACK, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 20, 2026.  (Doc. 10).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2.    Plaintiff's second amended complaint (Doc. 9) is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii)-(iii) and 1915A(b)(1)-(2) for failure to state a claim

on which relief may be granted and for seeking monetary relief against immune Defendants.

3.  The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 13th day of February, 2026.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**